**ORIGINAL**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**MIDDLE DISTRICT OF PENNSYLVANIA**

**JUDGMENT IN A CIVIL CASE**

FILED
HARRISBURG, PA
MAR 03 2006
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

RONALD GOODE,
          Plaintiff

v.

MR. WARDEN JOHN NASH, CAPTAIN BEBOW,
LT. KOVACH and LT. CHEMELY,
          Defendants

CASE NUMBER: 1:04-CV-0993

(Judge Conner)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of the defendants MR. WARDEN JOHN NASH, CAPTAIN BEBOW, LT. KOVACH and LT. CHEMELY, and against plaintiff RONALD GOODE, in accordance with the order of court dated March 3, 2006.

Date: March 3, 2006

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk